UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   ECF Case
ROCHELLY BAEZ,

                                 Plaintiff,

                                                           14 Civ. 6621(AT)(HP)

   v.

ANNE FONTAINE USA, INC., ARI ZLOTKIN &
CINDY D'LUZANSKY

                                Defendants.
------------------------------------------------------------------X

**AFFIRMATION OF LAUREN GOLDBERG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Lauren Goldberg, upon penalty of perjury, affirm as follows:

1. I am a partner at the Law Offices of Lauren Goldberg, PLLC and represent the Plaintiff in this matter.

2. I am fully familiar with the facts of this case and make this affirmation in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

3. Attached as Exhibit A are bonus statements for Rochelly Baez for 2013- January 2014. They are bate stamped 251, 239, 236, 217 and 206.

4. Attached as Exhibit B is an offer letter addressed to Laura Stevens for the position of North America Director dated January 21, 2014. The letter is bate stamped AF 703.

5. Attached as Exhibit C is an email from Amanda Blynn to Ari Zlotkin dated January 14, 2014. The email is bate stamped 288.

6. Attached as Exhibit D is an email from Ari Zlotkin to Rochelly Baez dated December 31, 2013. The email is bate stamped AF 453.

7. Attached as Exhibit E is a copy of the Amended Complaint.

1

8. Attached as Exhibit F is an email from Cindy D'Luzansky to Rochelly Baez dated January 16, 2014. The email is bate stamped 292-293.

9. Attached as Exhibit G is an email from Rochelly Baez to Ari Zlotkin dated December 31, 2013. The email is bate stamped AF 453- 454.

10. Attached as Exhibit H is an email from Cindy D'Luzansky to Becki Woods dated January 6, 2014. The email is bate stamped AF 468.

11. Attached as Exhibit I is an email from Ari Zlotkin to Laura Stevens dated October 28, 2013. The email is bate stamped AF 692.

12. Attached as Exhibit J is an email from Ari Zlotkin to Rochelly Baez dated February 27, 2014. The email is bate stamped AF 672.

Dated: New York, New York
March 21, 2016

_____
Lauren Goldberg