**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ROCHELLY BAEZ,

                      Plaintiff,         Civil Action.: 14-CV-6621 (AT)(HP)

    -against-

ANNE FONTAINE USA, INC, ARI ZLOTKIN and
CINDY D'LUZANSKY,

                               **DECLARATION OF**
                    Defendants.        **GREGORY B. REILLY**

-------------------------------------------------------------------X

      I, Gregory B. Reilly, Esq., being duly sworn, deposes and says under the penalties of perjury:

      1.    I am a member of the law firm of Martin, Clearwater & Bell, LLC, attorneys for Defendants Anne Fontaine USA, Inc., Ari Zlotkin and Cindy D'Luzansky. I am fully familiar with the facts of this case, and I make this declaration in support of Defendants' pending motion for summary judgment.

      2.    A true and authentic copy of Plaintiff Rochelly Baez's June 17, 2015 deposition transcript is attached to this declaration as **Exhibit 1**.

      3.    True and authentic copies of exhibits 1 through 18 to Plaintiff Rochelly Baez's June 17, 2015 deposition are attached to this declaration as **Exhibit 2.** Although the deposition transcript references exhibits 19 through 23, these documents were not used at the deposition.

      4.    A true and authentic copy of Defendant Ari Zlotkin's June 24, 2015 deposition transcript is attached to this declaration as **Exhibit 3**.

5. True and authentic copies of exhibits 1 through 20 to Defendant Ari Zlotkin's June 24, 2015 deposition are attached to this declaration as **Exhibit 4.**

6. A true and authentic copy of Defendant Cindy D'Luzansky's July 21, 2015 deposition transcript is attached to this declaration as **Exhibit 5.**

7. True and authentic copies of exhibits 1 through 31 to Defendant Cindy D'Luzansky's July 21, 2015 deposition are attached to this declaration as **Exhibit 6.**

8. A true and authentic copy of Amanda Blynn's August 6, 2015 deposition transcript is attached to this declaration as **Exhibit 7.**

9. True and authentic copies of exhibits 1 through 9 to Amanda Blynn's August 6, 2015 deposition are attached to this declaration as **Exhibit 8.**

10. A true and authentic copy of Julia Fricke's August 20, 2015 deposition transcript is attached to this declaration as **Exhibit 9.**

11. True and authentic copies of exhibits 1 through 20 to Julia Fricke's August 20, 2015 deposition are attached to this declaration as **Exhibit 10.**

12. A true and authentic copy of Dedra Este's August 5, 2015 deposition transcript is attached to this declaration as **Exhibit 11.**

13. True and authentic copies of exhibits 1 through 5 to Dedra Estes's August 5, 2015 deposition are attached to this declaration as **Exhibit 12.**

14. A true and authentic copy of Linda Niggli's September 17, 2015 deposition transcript is attached to this declaration as **Exhibit 13.**

15. True and authentic copies of exhibits 1, 2, 3, and 5 to Linda Niggli's September 17, 2015 deposition are attached to this declaration as **Exhibit 14.** Exhibit 4 was not marked or used during this deposition.

16. Plaintiff's counsel will be filing a separate declaration attaching true and authentic deposition transcripts of Abigail LaValle and Lisa Battenfield, which we reviewed.

I declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury, that the foregoing is true and correct.


Dated: New York, New York
September 6, 2016


By     /s/
Gregory B. Reilly